October 27, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MARTHA JANE TAYLOR, Appellant

NO. 14-11-00161-CV          V.

CASEY CRABTREE, BRITTANY A. MCCLAIN, DAVID CURTIS AND BARBARA CURTIS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 1, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.